[Nos. 4600–1–III; 4727–0–III. Division Three. June 10, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LOUIS GONZALES, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. TOMAS R. GARCIA, *Appellant.*

Appeals from judgments of the Superior Court for Grant County, No. 4788, James D. Kendall and Clinton J. Merritt, JJ., entered May 29 and 15, 1981. *Affirmed* by

unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.